

**Dated: February 2, 2017**

**The following is ORDERED:**



Janice D. Loyd
U.S. Bankruptcy Judge

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

IN RE:

JANET SUE SHARPE,

       DEBTOR.

Case No.: BK-14-14210-JDL
Chapter 13

### ORDER FOR RELIEF FROM THE
### AUTOMATIC STAY AND ABANDONMENT OF PROPERTY

This matter comes before this Court upon Motion by U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-RF2, for relief from the automatic stay and abandonment of property as set forth in its Motion filed January 17, 2017.

Upon representation of counsel, the Motion was served by United States mail with proper postage affixed on all parties in interest, pursuant to Local Bankruptcy Rule 9007, on January 17, 2017, and no objection has been served within the time to object, including applicable allowance of three (3) days for mailing, which expired on January 31, 2017.

All findings of fact are based upon representation of counsel.

IT IS THEREFORE ORDERED that the requested relief from the automatic stay imposed under §362 of the Bankruptcy Code is granted and the Trustee is directed to abandon the following described property:

All of Lot Fifteen (15) in Block Five (5) in SOUTH WOODVIEW ADDITION, to Oklahoma City, Oklahoma County, Oklahoma, according to the recorded plat thereof.
a/k/a 508 SW 68th St, Oklahoma City, OK  73139

IT IS FURTHER ORDERED that the Chapter 13 Trustee is hereby authorized to cease all future payments to the Movant under the plan, and may disburse the funds that U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-RF2would otherwise be entitled to receive to other creditors of the estate.

# # #

MOVANT TO NOTIFY INTERESTED PARTIES

APPROVED FOR ENTRY:


By:        s/ Matthew J. Hudspeth_____
           MATTHEW J. HUDSPETH - #14613
           JIM TIMBERLAKE - #14945
           Baer Timberlake, P.C.
           4200 Perimeter Center, Suite 100
           Oklahoma City, OK 73102
           Telephone: (405) 842-7722
           Fax: (918) 794-2768